MEMO ENDORSED

**Barry Goldberg, P.C.**
Attorney at Law
11 Park Place, Suite 903
New York, New York 10007

———

(212) 269-2363
(917) 682-0364

December 8, 2020

Honorable Kenneth M. Karas
United States District Court
Southern District
300 Quarropas Street
White Plains, New York 10601

VIA ELECTRONIC MAIL

                                        Re: United States vs. Jonathan Jimenez
                                        19 Cr 856 (KMK)

Dear Judge Karas:

      My client is scheduled to enter a plea of guilty on December 9, 2020 before Magistrate Judge McCarthy. After further consultation with my client, he informs me that he would like the change of plea hearing to take place in person. Accordingly, please schedule his change of plea to take place in person at the Court's earliest convenience. Furthermore, I consent to the exclusion of speedy trial time from now until the next court appearance.

      Thank you for your anticipated cooperation in this matter. If you have any questions please feel free to contact my office.

Yours Truly,

*/s/ Barry Goldberg*

Barry Goldberg, Esq.

CC: AUSA JAMES LIGTENBERG

The plea will take place on 2/26/21 at 11 am. Time is excluded until then as the coronavirus pandemic has made in-person proceedings a threat to public health and so it is in the interests of justice to delay the proceeding. The interests of justice fromt his exclusion outweigh the public's and Defendant's interst in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED:

_____
Honorable Kenneth M. Karas
12/9/20